SCANNED

SECRET

SYNOPSIS

NAME: Jason Jordan

ADDRESS: Wales, Maine

DOB: 1973 Age: 33

Violation: Count One: Conspiracy to possess with intent to distribute 500 grams or more cocaine, cocaine base, and marijuana, in violation of 21 USC §§ 846 & 841(a)(1) and aiding and abetting the commission of those crimes in violation of 18 USC § 2

Counts Seven, Eight, Twenty-eight & Twenty-nine: Using a communication facility in committing or facilitating a drug felony, in violation of 21 USC § 843(b)

Penalty: Count One: At least 5 years but not more than 40 years imprisonment, a fine of not more than $2,000,000, or both, (21 USC § 841(b)(1)(B))

Counts Seven, Eight, Twenty-eight and Twenty-nine: Not more than 4 Years imprisonment, a fine of not more than $250,000, or both, (21 USC § 843(d))

Supervised Release: Count One: At least 4 years up to life
Counts Seven, Eight, Twenty-eight & Twenty-nine: Not more than 1 year

Maximum Term of Imprisonment for Violation of Supervised Release:
Count One: Not More than 3 years
Counts Seven, Eight, Twenty-eight & Twenty-nine: Not more than 1 year

Maximum Term of Supervised Release for Violation of Supervised Release:
Count One: Life, less any term of imprisonment imposed upon revocation of supervised release
Counts Seven, Eight, Twenty-eight & Twenty-nine: 1 year, less any term of imprisonment imposed upon revocation of supervised release

Defendant's Attorney:

Detention Status: Warrant Requested

Foreign National: n/a

Consular Notification Provided: n/a

County: Androscoggin

AUSA: Daniel J. Perry

Guidelines: Apply

Victim Case: No

Corporate Victims Owed Restitution: No

Felony Assessments: $100 per count

Caption of Any Related Search Warrants: None