SCANNED

SECRET

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Crim. No. 07- |
| ) | |
| JASON JORDAN ) | |

### PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an INDICTMENT against the above-named defendant having been filed in the above-entitled cause on the 10th day of January 2007.

Dated at Portland, Maine on January 10, 2007.

Daniel J. Perry
Assistant U.S. Attorney

Warrant Issued: 1-11-07

Scanned by bd
Thurs
325 07cr66