
SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-06-P-S |
| | ) | |
| JASON JORDAN | ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. §3142.

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves:

   \_\_\_\_ Conditions requiring a temporary detention order (18 U.S.C. §3142(d))

   \_\_\_\_ Crime of violence (18 U.S.C. §3156)

   \_\_\_\_ Maximum sentence life imprisonment or death

   \_x\_ 10+ year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   \_\_\_\_ Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

   <u>Other than Temporary Detention</u>. The court should detain the defendant because there are no conditions of release which will reasonably assure:

   \_x\_ Defendant's appearance as required

   \_x\_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against the defendant under section 3142(e). The presumption applies because:

    __x_  Probable cause to believe the defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c).

    ____  Previous conviction for "eligible" offense committed while on pretrial bond

    ____  Defendant on release pending trial for state offense (§3142(e)(2)).

4. <u>Date of Detention Hearing</u>. The United States requests the court to schedule the detention hearing after a continuance of _3_ days (not more than 3).

5. <u>Length of Detention Hearing</u>. The United States estimates that it will require 1/2 hour to put on its case for detention.

Dated at Portland, Maine this 18th day of January 2007.

FOR: Daniel J. Perry
Assistant United States Attorney
100 Middle St.
Portland, ME 04101

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 18, 2007, I the government's Detention Motion with the Clerk of Court.

                                          Paula D. Silsby
                                          United States Attorney

                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          100 Middle St.
                                          Portland, Maine 04101
                                          (207) 780-3257
                                          dan.perry@usdoj.gov