UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. 07-6-P-S |
| | * |
| JASON JORDAN | * |
| KIRK GROVER | * |

ORDER IN RESPECT TO DISCOVERY
(Filed in Open Court)

The Court hereby ORDERS counsel to meet and confer within five (5) days of this date on all discovery and pretrial production matters in this case.

The defendant shall file all pretrial motions not later than **February 1, 2007.**

The government shall respond to each defense motion within 21 days of its filing. The Court cautions counsel that the filing of any unnecessary motion may result in imposition of sanctions -- counsel are to present to the Court by motion only genuine issues actually in dispute which counsel are unable to resolve in conference.

The trial in this matter is hereby scheduled to commence before Chief Judge Singal on **March 5, 2007.**

The Clerk shall be notified of any proposed change of plea not later than twenty-five (25) days from today.

Counsel are specifically directed to Local Rule 157.4 regarding the release of information in criminal case.

/s/DAVID M. COHEN
U. S. Magistrate Judge

Dated this 18th day of January, 2007.