# United States District Court
## District of Maine

UNITED STATES OF AMERICA

v.

JASON JORDAN,

        Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

**Case Number**: 07-06-P-S

      It is **ORDERED** that a detention hearing in this matter is continued to Wednesday, January 24, 2007, at 10:30 a.m. before David M. Cohen, United States Magistrate Judge, Room 160, Magistrate's Hearing Room, 156 Federal Street, Portland, Maine. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: January 18, 2007

                                               /s/ David M. Cohen
                                               David M. Cohen
                                               United States Magistrate Judge