# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **Criminal Action No.:** |
| ) | **2:07-cr-00006-GZS-2** |
| v. ) | |
| ) | |
| MERCIER, et al ) | |
|     Defendant ) | |

## APPEARANCE OF SCOTT J. LYNCH, ESQ.

Scott J. Lynch, Esq., Hornblower Lynch Rabasco & Van Dyke, P.A., hereby respectfully enters his appearance as (retained) counsel for Defendant Jason A. Jordan.

DATED at Lewiston, Maine this 22nd day of January 2007.

        /s/ Scott J. Lynch, Esq.
        Scott J. Lynch, Esq.
        Hornblower Lynch Rabasco & Van Dyke, P.A.
        261 Ash Street
        PO Box 116
        Lewiston, ME 04243-0116
        *Attorney for Defendant Jason A. Jordan*

# CERTIFICATE OF SERVICE

  I, Scott J. Lynch, Esq.. do hereby certify, that I have caused to have served one (1) copy of the following:  Appearance on the below-said counsel of record, by placing said copies of the document in the United States mail, postage prepaid, addressed as follows:

**DANIEL J. PERRY**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
Attorney for the United States

DATED: January 22, 2007

/s/ Scott J. Lynch, Esq.
Scott J. Lynch, Esq.
Hornblower Lynch Rabasco & Van Dyke, P.A.
261 Ash Street
PO Box 116
Lewiston, ME 04243-0116
*Attorney for Defendant Jason A. Jordan*