SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.                                                          WARRANT OF ARREST

JASON JORDAN

CASE NUMBER: 07-cr-06-P-S

TO:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JASON JORDAN and bring him or her forthwith to the nearest magistrate to answer an Indictment charging him or her with:

**Count One**: Conspiracy to possess with intent to distribute 500 grams or more of cocaine, cocaine base, and marijuana, in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846 and aiding and abetting the commission of those crimes in violation of Title 18 United States Code, Section 2,

**Count Seven, Eight, Twenty-eight & Twenty-nine**: Using a communication facility in committing or facilitating a drug felony, in violation of Title 21 United States Code, Section(s) 843(b).

Susan M. Durst                                    Deputy Clerk
Name of Issuing Officer                        Title of Issuing Officer

_____           January 11, 2007 at Portland, Maine
Signature of Issuing Officer                   Date and Location

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED 01-11-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 01-18-07 | DEA | |