

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JAN 2 4 2007

WILLIAM S. BROWNELL, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 07-06-P-S |
| | ) | |
| **JASON JORDAN,** | ) | |
| **Defendant** | ) | |

## ORDER OF LIMITED TEMPORARY RELEASE
## 18 U.S.C. § 3142

It is hereby **ORDERED**, without objection, that the defendant be, and he hereby is, temporarily released upon the following conditions:

1. Upon confirmation by the United States Pretrial Services Office that arrangements have been made to admit the defendant into an in-patient drug treatment program ("Program") at the Gosnold Treatment Center, 200 Terhuen Drive, Falmouth, Massachusetts ("Institution"), the United States Marshal shall release the defendant into the custody of his parents, Sandra A. Nichols and Gerald L. Nichols, for the specific purpose of delivering the defendant to the Institution. Said persons shall thereafter and without delay transport the defendant directly to the Institution's Falmouth, Massachusetts facilities for the specific limited purpose of the defendant's Program attendance there. Said persons shall endorse this Order in writing thereby acknowledging that they will duly undertake to comply with the provisions of Conditions 1 and 4 hereof and that they understand that any willful failure on his part to fully comply with the provisions of Conditions 1 and/or 4 may result in their criminal prosecution.

2. The defendant shall remain at the Institution (including the Institution's Steven Miller House located elsewhere in Falmouth, Massachusetts if at any time the defendant is moved there by the Institution as part of the Program) continuously for the duration of the Program until discharged by the Institution staff.

3. The defendant shall be an active and cooperative participant in the Program and shall follow all the rules and procedures of the Institution.

4. Upon his successful completion of the Program the defendant shall be returned by his parents, Sandra A. Nichols and Gerald L. Nichols, to the United States Marshal in Portland, Maine where he will be recommitted, following which the court will reopen the detention hearing and consider what, if any, conditions of further limited or general pretrial release may be appropriate in this matter. If the defendant does not successfully complete the Program, he shall be returned forthwith to the custody of the United States Marshal and, in order to effect the same without delay, the defendant shall be subject to arrest without more (including the issuance of a separate arrest warrant).

5. The defendant shall not commit any federal, state or local crime during the period of temporary release.

6. The defendant shall execute an unsecured bond in the amount of $5,000.

7. The defendant shall report to his United States Pretrial Services Officer as required.

8. The defendant shall avoid all contact, directly or indirectly, other than through his attorney, with any co-defendants in this case.

9. There is attached to and incorporated in this Order by reference a notice of additional penalties. The defendant is hereby advised that this notice sets forth the penalties for

the violation of a condition of release and the penalties for committing an offense while on temporary pretrial release as well as the penalties and other consequences should he violate a condition of his temporary pretrial release or should he intimidate a witness, juror or officer of the court or should he obstruct any criminal investigation or should he tamper with or retaliate against any witness, victim or informant.

The defendant shall remain in custody pending the date of his admission into the Program as arranged by the Pretrial Services Office.

**SO ORDERED**.

Dated this 24th day of January, 2007.

David M. Cohen
United States Magistrate Judge

Seen and agreed to:

Sandra A. Nichols

Gerald L. Nichols

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

## Directions to United States Marshal

☐ The defendant is ORDERED released after processing.
☒ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 1/24/07

_____
DAVID M. COHEN
U.S. Magistrate Judge